UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH WHITE,<br><br>    Plaintiff,<br><br>    v.<br><br>JOE LIZARAGA, et al.,<br><br>    Defendants. | No. 2:18-cv-3167 JAM AC P<br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 14, 2020, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 12. Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations filed January 14, 2020, are adopted in full;

    2. This action is dismissed without leave to amend for failure to state a cognizable federal

claim; and

3. This court declines to exercise supplemental jurisdiction over plaintiff's state law claims.

DATED: February 6, 2020

                                            /s/ John A. Mendez_____

                                            UNITED STATES DISTRICT COURT JUDGE